*/s/ Bruce T. Beesley*
_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge



Entered on Docket
May 31, 2012

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOEL P. BIGGS,<br><br>    Debtor. | Case No.: BK-N-10-54412-BTB<br>Chapter: 13<br><br>**ORDER GRANTING STIPULATION TO RESOLVE SHEELAGH DAWN BIGGS' OBJECTION TO DEBTOR'S PROPOSED PLAN**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

    On May 25, 2012, Creditor Sheelagh Dawn Biggs ("Ms. Biggs") and Debtor Joel P. Biggs ("Debtor") filed a stipulation to resolve her objection to Debtor's proposed plan (Ct. Dkt. #94). The Court called the plan for confirmation as scheduled at 2:00 p.m., May 25, 2012, the Hon. Bruce T. Beesley presiding. Appearances were made by Louis M. Bubala III, Esq., of Armstrong Teasdale LLP, for Ms. Biggs; Tricia M. Darby, Esq., of Darby Law Practice Ltd., for Debtor; and William A. Van Meter, Esq., the Chapter 13 trustee. The Court, having reviewed the stipulation and considered the arguments of the parties, **GRANTS** the stipulation. IT IS SO ORDERED.

                                             # # #

Submitted by:

DATED this 25th day of May, 2012.

ARMSTRONG TEASDALE LLP

By:   /s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.

Counsel for Sheelagh Dawn Biggs