1  LOUIS M. BUBALA, ESQ.                          Electronically filed
   Nevada State Bar No. 8974                        February 27, 2015
2  KAEMPFER CROWELL
   50 West Liberty Street, Suite 700
3  Reno, NV 89501
   Telephone: (775) 852-3900
4  Facsimile: (775) 327-2011
   Email: lbubala@kcnvlaw.com
5
   Former Counsel for Sheelagh Biggs
6
                    **UNITED STATES BANKRUPTCY COURT**
7                        **DISTRICT OF NEVADA**

8   In Re:

9   JOEL P. BIGGS,                              Case No.        BK-N-10-54412-GWZ

10            Debtor.                            Chapter 13

11                                              **EX PARTE MOTION TO TERMINATE
                                                ELECTRONIC SERVICE**
12                                              Hearing Date:  n/a
                                                Hearing Time:  n/a
13

14        Louis M. Bubala III, Esq., and Janet L. Chubb, Esq., previously appeared in this case on

15  behalf of Sheelagh Biggs when they were affiliated with Armstrong Teasdale LLP.  They have

16  not been affiliated with the firm since May 10, 2015, and no longer represent her.  Therefore,

17  they file this motion to terminate electronic service on Mr. Bubala in this case.  Additional

18  inquiries may be directed to James Patrick Shea of Armstrong Teasdale, LLP, 3770 Howard

    Hughes Pkwy., Ste. 200, Las Vegas, NV 89169 or (702) 678-5070.
19
          Dated this 27th of February, 2015          KAEMPFER CROWELL
20
                                                     /s/Louis M. Bubala III
21
                                                     Former Counsel to Sheelagh Biggs
22

23

24

KAEMPFER CROWELL
50 West Liberty Street, Suite 700
Reno, Nevada 89501