# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re: JOEL P. BIGGS                                    Case No.: 10-54412-GWZ

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William A. Van Meter, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/07/2010.
2) The plan was confirmed on 05/25/2012.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was completed on 01/19/2016.
6) Number of months from filing or conversion to last payment: 62.
7) Number of months case was pending: 67.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 57,772.37.
10) Amount of unsecured claims discharged without full payment: 108,982.01.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $31,335.25 | |
| Less amount refunded to debtor: | $.00 | |
| **NET RECEIPTS:** | | $31,335.25 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $2,774.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,506.10 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $4,280.10 |
| Attorney fees paid and disclosed by debtor: | $1,226.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AUSTRALIA CHILD SUPPORT DIVISION | Priority | 12,500.00 | 14,572.56 | 15,213.75 | 15,213.75 | .00 |
| DISCOVER BANK | Unsecured | 822.00 | 2,536.06 | 2,536.06 | 254.76 | .00 |
| FAHRENDORF, VILORIA, | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| FEDERAL NAT'L MORTGAGE ASSOCIATI | Secured | 120,222.00 | 119,366.48 | 119,366.48 | .00 | .00 |
| GREEN TREE SERVICING, LLC | Secured | 24,000.00 | 22,371.98 | 22,371.98 | .00 | .00 |
| JANET L. CHUBB, ESQ. | Unsecured | NA | NA | NA | .00 | .00 |
| SHEELAGH DAWN BIGGS | Unsecured | 78,450.00 | 94,541.14 | 94,541.14 | 9,507.62 | .00 |
| SHEELAGH DAWN BIGGS | Unsecured | 14,000.00 | 20,673.21 | 20,673.21 | 2,079.02 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re: JOEL P. BIGGS  
Debtor(s)

Case No.: 10-54412-GWZ

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO BANK, N.A. | Unsecured | 73.00 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 141,738.46 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 141,738.46 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 15,213.75 | 15,213.75 | .00 |
| **TOTAL PRIORITY:** | 15,213.75 | 15,213.75 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 117,750.41 | 11,841.40 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,280.10 |
| Disbursements to Creditors: | $27,055.15 |
| **TOTAL DISBURSEMENTS:** | $31,335.25 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/30/2016     By: /s/William A. Van Meter  
                            Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

# United States Bankruptcy Court
District of Nevada

0526-4V-EPIEXX-00017067-216975

In Re:                                                         CASE NO: 10-54412-GWZ  
JOEL P. BIGGS                                    CHAPTER 13  
                 Debtor(s)                              CERTIFICATE OF SERVICE

On    07/04/2016    I served the CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT by United States mail, postage fully prepaid to the persons on the attached list.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    07/04/2016

/s/ Bill Van Meter  
Bill Van Meter

# United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In Re:<br>JOEL P. BIGGS<br>               Debtor(s) | CASE NO: 10-54412-GWZ<br>CHAPTER 13<br>CERTIFICATE OF SERVICE |

JOEL P. BIGGS
625 WEDGE LANE FERNLEY, NV 89408

JOEL P. BIGGS / PRO PER
625 WEDGE LANE FERNLEY, NV 89408